PD-0290-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 5/27/2015 5:07:36 PM
Accepted 5/28/2015 7:49:05 AM
ABEL ACOSTA
CLERK

**CAUSE NO. PD – 0290-15**

| | | |
|---|---|---|
| **STATE OF TEXAS** | § | **IN THE DISTRICT COURT** |
| | § | |
| **vs.** | § | |
| | § | |
| | § | |
| **John Dennis Clayton Anthony** | § | **BAILEY COUNTY, TEXAS** |

**APPEARANCE OF COUNSEL**

**TO THE HONORABLE JUDGE OF SAID COURT:**

Now comes Troy Bollinger and hereby files this appearance as attorney of record for John Dennis Clayton Anthony. Troy Bollinger was appointed as attorney of record in this cause as shown in attached "Order for Substitution of Counsel".

Respectfully submitted,

Troy Bollinger
LANEY & BOLLINGER
600 Ash Street
Plainview, TX 79072
Tel: (806) 293-2618
Fax: (806) 293-8802

*/s/ Troy Bollinger*

By:_____
Troy Bollinger
troy@laneybollinger.com
State Bar No. 24025819
Attorney for John Dennis Clayton Anthony